# Order

**Lansing, Michigan**

February 25, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160034(46)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBIN RICK MANNING,
      Defendant-Appellant.

_____/

SC: 160034
COA: 345268
Saginaw CC: 84-000570-FC


      On order of the Chief Justice, the motion of the National Lifers of America, Inc., Chapter 1016, to file a brief amicus curiae is GRANTED. The amicus brief submitted on February 21, 2020, is accepted for filing.




I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

February 25, 2020



Clerk